UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CAVASSEAIRE TIDELL DYKES, NAMED AS CAVASSEAIRE DYKES**;<br><br>Plaintiff,<br><br>vs.<br><br>**DOWNS, DR.; DENTIST; AND A. FLAUGHER, DENTAL ASSISTANT**;<br><br>Defendants. | 2:18-CV-11751-TGB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 39)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's December 20, 2019 Report and Recommendation (ECF No. 39), recommending that Defendants' Motions for Summary Judgment (ECF Nos. 23, 32) be GRANTED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to

the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of December 20, 2019 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of December 20, 2019 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motions for Summary Judgment (ECF Nos. 23, 32) are **GRANTED**.

**SO ORDERED.**

Dated: January 31, 2020   s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT